UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

GLENN MCCLOUD,

    Petitioner,

V.

HECTOR JOYNER, Warden,

    Respondent.

Civil Action No. 7: 21-50-KKC

**JUDGMENT**

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Glenn McCloud's amended petition for a writ of habeas corpus [R. 10] is **DENIED**.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Entered: November 22, 2021.

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY